## BURTON v. KILLAM.

Court of Common Pleas. Sussex. November, 1795.

*Bayard's Notebook, 128.**

PER CURIAM. Defendant alleges that his plea is ill and therefore that the plaintiff cannot have judgment. This should be a reason why the defendant should not have judgment, but can be no reason why the plaintiff should not. Gilb.C.P. 132. So if the

* This case is also reported in *Wilson's Red Book, 94.*

replication be ill, if the plea is also ill, plaintiff shall have judgment.  1 Str. 302.

Plaintiff recovered and had judgment.